**Fred J. SCHLOTFELDT, District Director, etc., v. Bror Sten ANDERSON.**

No. 5383.

Circuit Court of Appeals, Seventh Circuit.

Jan. 10, 1935.

Dwight H. Green, U. S. Atty., of Chicago, Ill., for appellant.

David J. Bentall, of Chicago, Ill., for appellee.

Before EVANS, Circuit Judge.

EVANS, Circuit Judge.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to-wit:

"It is hereby stipulated and agreed by and between the parties hereto, by their respective attorneys, that the above entitled cause be dismissed."

On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby dismissed.